IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALEXANDER GRIFFIN, | § |
| *Plaintiff*, | § |
| V. | § CIVIL ACTION NO. SA-23-CA-1090-FB |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | § |
| *Defendant*. | § |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Before the Court is the Report and Recommendation of United States Magistrate Judge (docket no. 20) concerning Plaintiff's request for review of the administrative denial of his application for a period of disability and disability insurance benefits under Title II of the Social Security Act. 42 U.S.C. §§ 405(g), 1383(c)(3). To date, no objections to the Report and Recommendation have been received.[1]

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). The Court has reviewed the Report and Recommendation and finds its reasoning to be neither clearly erroneous nor contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

IT IS THEREFORE ORDERED that the Report and Recommendation of United States Magistrate Judge (docket no. 20) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that the

---

[1] Any party who desires to object to a Magistrate's findings and recommendations must serve and file his, her or its written objections within fourteen days after being served with a copy of the findings and recommendation. 28 U.S.C. § 635(b)(1). If service upon a party is made by mailing a copy to the party's last known address, "service is complete upon mailing." FED. R. CIV. P. 5(b)(2)(C). If service is by electronic means, "service is complete upon transmission." *Id.* at (E).

Commissioner's decision finding that Plaintiff is not disabled is VACATED and this case is REMANDED for further fact-finding consistent with the Report and Recommendation. On remand, the ALJ should consider ordering a consultative examination or medical source statement to address how Plaintiff's physical limitations affect his ability to perform his past relevant work as a waiter and/or other work in the national economy.

    IT IS FINALLY ORDERED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

    It is so ORDERED.

    SIGNED this 7th day of February, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

.